# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLACER MINING CORPORATION, a Nevada Corporation,<br><br>     Plaintiff,<br><br> v.<br><br>ATLAS MINING GROUP, LLC, a Colorado Limited Liability Company; KELLY HOLDINGS, LLC, a California Limited Liability Company,<br><br>     Defendants.<br> And<br><br>BUNKER HILL VENTURES, LLC, an Idaho Limited Liability Company,<br><br>     Nominal Defendant | Case No. 2:18-cv-203-BLW<br><br>**ORDER** |

In a prior Order (docket no. 19), the Court discussed the Answer filed by defendant Kelly Holdings, LLC, filed *pro se* by Richard Kelly who is a "manager and sole member" of the defendant. *See Answer (Dkt. No. 12).* There is no indication that Mr. Kelly is an attorney licensed to practice in this Court as is required to represent any entity in this Court. *See Local Civil Rule 83.4 (b) & (d).* Accordingly, the Court ordered that defendant Kelly Holdings LLC obtain counsel in compliance with Local Civil Rule 83.4 on or before October 25, 2018, or the

Verified Answer (docket no. 12) would be stricken from the record without further notice.

There is nothing in the record indicating that Kelly Holdings LLC has complied with the Court's Order and the deadline has long since expired. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Answer (docket no. 12) is HEREBY STRICKEN from the record.

DATED: December 6, 2018

B. Lynn Winmill
Chief U.S. District Court Judge